UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HYUN G. KANG, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE J. GIURBINO, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 07-5693-AHM (RCF) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: September 23, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**